**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ORIGINAL FILED

DEC - 3 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| PBN NEWS,<br>PO Box 22, Fayetteville, NC 28302,<br>(646-244-9535)<br>　　　　　Plaintiff,<br>v.<br><br>DEPARTMENT OF DEFENSE,<br>Chief FOIA/PA Office<br>400 Army Navy Drive, Rm 405<br>Arlington, VA 22202-2884; 960/432-9107<br><br>FOIA UNIT<br>Deputy Chief of Staff, Information Mgmt,<br>AOIM-ISM (FOIA OFFICER)<br>USASOC, Department of Defense<br>Fort Bragg, NC 28310; and, 940/432-9107<br><br>COLONEL ROBERT CLINTON MORRIS,<br>US Army Battle Lab<br>605 Baltzell Avenue　706/687-5978<br>Fort Benning, GA 31905<br>　　　　　Defendants. | Civil Action No. #<br><br>**COMPLAINT:**<br>**FOIA LITIGATION**<br><br>CASE NUMBER   1:03CV02494<br>JUDGE: Richard J. Leon<br>DECK TYPE: FOIA/Privacy Act<br>DATE STAMP: 12/03/2003 |

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

　　1.　　This is an action under the Freedom of Information Act ("FOIA), 5 U.S.C § 552, as amended, to order the production of agency records, consisting of all records in the custody of the Department of Defense ("DOD") which were originally requested by registered mail in late June 2003.

2.  This Court has jurisdiction over this action pursuant to the Freedom of Information Act; 5 U.S.C. § 552 (a) (4) (B).

3.  Plaintiff PBN News ("PBN") is a nonprofit documentary news organization devoted to national issues. One of PBN's prime focuses is governmental abuse. Ed Caraballo is a documentary producer, and formerly an employee of ABC 20/20 News. PBN News is the requester of the withheld records.

4.  Defendant Department of Defense ("DOD") is an agency of the United States, and it has possession of, and control over, the records that plaintiff seeks.

5.  Defendant FOIA OFFICER, US Army Special Operations Command (USASOC) is an agency of the United States, and also has possession and control of various records the plaintiff seeks.

6.  Defendant Robert Clinton Morris, Jr. is a Colonel in the United States Army. Morris is believed to reside at Fort Benning, GA, and be assigned TDY (Temporary Duty) to either Fort Knox, or an unknown location in the state of Virginia. Although Morris was indicted in 1999 for criminal charges relating to fraud and obtaining government property under false pretenses, this FOIA case does not seek any records which are part of that criminal investigation, or subject to any law enforcement exemption.

7.  By letters sent on June 26, 2003 (FN-1), June 27, 2003 (FN-2), June 28, 2003 (FN-3), June 29, 2003 (FN-4) to the FOIA Officer USASOC, through the USASOC commander (attached hereto as **Exhibit A**), plaintiff requested various records relating to

FOX News, Morris, the USASOC Public Affairs Office, and questionable activities involving DOD officers, including the suppression of free speech, interference with public activities, and false statements regarding American citizens.

8. Again, through letters sent this time by registered mail on August 15, 2003 ("FOIA Number 1" referenced the second time as second request: FN-1A), August 16, 2003 (FN-2A), August 17, 2003 (FN-3A), and August 18, 2003 (FN-4A), to the Freedom of Information Staff of the DOD and USASOC (attached hereto as **Exhibit B**), plaintiff requested the first requests be answered.

9. Over 120 working days have passed since the DOD received plaintiff's letters and FOIA requests, and plaintiff has **not received a single written response** to its requests.

10. Plaintiff also filed appeals of each individual request to the DOD on: October 8, 2003 (FN-1B), October 9, 2003 (FN-2B), October 10, 2003 (FN-3B), and October 11, 2003 (FN-4B). Those appeals (attached hereto as **Exhibit C**), have **never** been answered or responded to in any way. Each appeal was boldly and clearly marked **"FOIA APPEALS"** and had the corresponding original requests attached to each of the corresponding appeals.

11. By and through the letters, the recipients were clearly notified that absent a response, litigation would be filed. Upon information and belief, USASOC has no intention of ever answering the requests or even providing any written denials with which to appeal further.

12. As a result of these FOIA requests Colonel Morris has engaged in a nefarious pattern of conduct to include; obstruction of justice, fraud, perjury, false statements, and blackmail, in order to interdict the attached FOIA requests.

13. Upon information and belief, Morris has also engaged in spoliation of evidence, and destruction of evidence.

14. Upon information and belief, Morris has engaged in the aforementioned activities for his own improper motives, including personal financial gain, and on behalf of USASOC Public Affairs Officers (PAOs), FOX News, and an allegedly non-profit organization which Morris operates and oversees from the shadows, known as "Partners International."

15. Morris' computer was seized by the Fort Benning Command on or about July 25, 2003, and is currently being held by the Staff Judge Advocate Office at Fort Benning. A FOIA has also been filed for the contents of that computer (attached hereto as **Exhibit D**), and plaintiff expects to amend its complaint to include that FOIA request if it is not complied with.

16. Plaintiff has a statutory right to the records that are sought, and there is no legal basis for defendants' refusals to disclose the requested records to plaintiff.

**WHEREFORE**, plaintiff prays that this Court:

(1) Declare that defendants' refusal to disclose the records requested by plaintiff is unlawful:

(2) Order defendants to make the requested records available to plaintiff;

(3) Award plaintiff costs and reasonable attorneys' fees in this action; and

(4) Grant such other and further relief as the Court may deem just and proper.

Respectfully submitted this 2nd Day of December 2003,

*[signature]*
Ed Caraballo, *for*
PBN News
PO Box 22
Fayetteville, NC 28302-0022
646/244-9535