



Gary Scurka, Producer
-*Winner*-
Columbia duPont Silver Baton
The Polk Award
Investigative Reporters & Editor's
Tom Renner Award
Two Time Recipient IRE Medallion
The National Headliners Award
The National Press Club Award
& 10 time
Emmy Award Winner

Ed Caraballo, Producer
5 time Emmy Award Winner

# FOIA REQUEST

June 26, 2003
Ref.: ✦ #FN-1

FOIA Officer
Department of the Army
Attn: Commander
US Army Special Operations Command
Fort Bragg, NC 28307

Dear Sir or Madam,

This is an immediate request for records under the Freedom of Information Act (5 USC §552- "FOIA" laws) of the United States of America. We are journalists currently working on a story of public interest.

We are a media organization and request a waiver of fees for this request because disclosure of the requested information is in the public interest because it is likely to contribute significantly to the public interest of DOD operations, and is not in a commercial interest. However, we are willing to pay any fees associated with the request. Please notify us in writing if our waiver is turned down, and/or if the fees associated with this request exceed $100.

The following information is requested under the FOIA Statutes, regarding the long distance/toll phone calls of the following persons or persons associated or working with those persons;

> Major Gary M. Kolb, USASOC Public Affairs Office,
> Major Gowan, USASOC Public Affairs Office,
> Major Scott Stearns, USASOC Public Affairs Office,
> Brian Sutton, USASOC Public Affairs Office,
> Major Kathleen Culp, USASOC

03 2494

To save the costs and workload associated with reproduction, electronic copies are also acceptable on diskette or CD in any format that can be read by Microsoft Word.

FILED

DEC - 3 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**PBN News • www.pbnNews.tv**
The most in-depth online investigative reports anywhere
PO Box 22 • Fayetteville, NC 28302
646/244-9535 Phone • admin@pbnnews.tv email



## The Following are each individual FOIA requests:

1. I request all copies of all phone records or appropriate documents that detail the long distance telephone calls made to the following numbers from the USASOC, USASF and/or USA JFKSWC Public Affairs Office, or any of the individuals named above for the period of November 1, 2001 until October 30, 2002, and from February 1, 2003 until the present date:

    a. Beginning with the area code and prefix: 212, 312, or 706
    b. 212/398-8726
    c. 706/545-9624
    d. 706/687-5978
    e. 818/372-6002
    f. 818/716-9494
    g. 818/903-9945
    h. 732/541-7733
    i. 732/541-8663
    j. 401/521-9558
    k. 202/824-6385
    l. 877/704-1354
    m. 877/709-1354
    n. 202/824-6499
    o. 202/824-6363
    p. 813/827-4885
    q. 202/419-0474
    r. 212/301-3075
    s. 212/391-4818

Thank you for your assistance.

Sincerely,

Ed Caraballo
PBN News

**PBN News • www.pbnNews.tv**
**The most in-depth online investigative reports anywhere**
PO Box 22 • Fayetteville, NC 28302
646/244-9535 Phone • admin@pbnnews.tv email




Gary Scurka, Producer
-*Winner*-
Columbia duPont Silver Baton
The Polk Award
Investigative Reporters & Editor's
Tom Renner Award
Two Time Recipient IRE Medallion
The National Headliners Award
The National Press Club Award
& 10 time
Emmy Award Winner

Ed Caraballo, Producer
5 time Emmy Award Winner

# FOIA REQUEST

June 27, 2003
Ref. #FN-2

FOIA Officer
Department of the Army
Attn: Commander
US Army Special Operations Command
Fort Bragg, NC 28307

Dear Sir or Madam,

This is an immediate request for records under the Freedom of Information Act (5 USC §552- "FOIA" laws) of the United States of America. We are journalists currently working on a story of public interest.

We are a media organization and request a waiver of fees for this request because disclosure of the requested information is in the public interest because it is likely to contribute significantly to the public interest of DOD operations, and is not in a commercial interest. However, we are willing to pay any fees associated with the request. Please notify us in writing if our waiver is turned down, and/or if the fees associated with this request exceed $100.

The following information is requested under the FOIA Statutes, regarding the long distance/toll phone calls of the following persons or persons associated or working with those persons;

        Chief Warrant Officer Larry Plesser

To save the costs and workload associated with reproduction, electronic copies are acceptable on diskette or CD in any format that can be read by Microsoft Word.

**PBN News • www.pbnNews.tv**
**The most in-depth online investigative reports anywhere**
PO Box 22 • Fayetteville, NC 28302
646/244-9535 Phone • admin@pbnnews.tv email



### The Following are each individual FOIA requests;

1. I request all copies of all phone records or appropriate documents that detail the long distance telephone calls made to the following numbers from **910/432-6164 (CW4 Larry Plesser)** for the period of November 1, 2001 until October 30, 2002, and from February 1, 2003 until the present date:

    a. Beginning with the area code and prefix: 212, 312, or 706
    b. 212/398-8726
    c. 706/545-9624
    d. 706/687-5978
    e. 818/372-6002
    f. 818/716-9494
    g. 818/903-9945
    h. 732/541-7733
    i. 732/541-8663
    j. 401/521-9558
    k. 202/824-6385
    l. 877/704-1354
    m. 877/709-1354
    n. 202/824-6499
    o. 202/824-6363
    p. 813/827-4885
    q. 202/419-0474
    r. 212/301-3075
    s. 212/391-4818

Thank you for your assistance.

Sincerely,

Ed Caraballo
PBN News

**PBN News • www.pbnNews.tv**
**The most in-depth online investigative reports anywhere**
PO Box 22 • Fayetteville, NC 28302
646/244-9535 Phone • admin@pbnnews.tv email




Gary Scurka, Producer
-*Winner*-
Columbia duPont Silver Baton
The Polk Award
Investigative Reporters & Editor's
Tom Renner Award
Two Time Recipient IRE Medallion
The National Headliners Award
The National Press Club Award
& 10 time
Emmy Award Winner

Ed Caraballo, Producer
5 time Emmy Award Winner

# FOIA REQUEST

June 28, 2003
Ref. #FN-3

FOIA Officer
Department of the Army
Attn: Commander
US Army Special Operations Command
Fort Bragg, NC 28307

Dear Sir or Madam,

This is an immediate request for records under the Freedom of Information Act (5 USC §552- "FOIA" laws) of the United States of America. We are journalists currently working on a story of public interest.

We are a media organization and request a waiver of fees for this request because disclosure of the requested information is in the public interest because it is likely to contribute significantly to the public interest of DOD operations, and is not in a commercial interest. However, we are willing to pay any fees associated with the request. Please notify us in writing if our waiver is turned down, and/or if the fees associated with this request exceed $100.

To save the costs and workload associated with reproduction, electronic copies are acceptable on diskette or CD in any format that can be read by Microsoft Word.

The below FOIA information is requested regarding, related to, or in reference to;

> Major Gary M. Kolb, USASOC Public Affairs Office,
> Major Robert Gowan, USASOC Public Affairs Office,
> Major Scott Stearns, USASOC Public Affairs Office,
> Brian Sutton, USASOC Public Affairs Office,
> Major Kathleen Culp, USASOC
> Fox News and employees thereof,
> Joe Cafasso, and,
> Edward Artis.

**PBN News • www.pbnNews.tv**
**The most in-depth online investigative reports anywhere**
PO Box 22 • Fayetteville, NC 28302
646/244-9535 Phone • admin@pbnnews.tv email



## The Following are each individual FOIA requests;

1. All releasable personnel files and employment information, to include all complaints and reprimands in their personnel files and any other documents releasable by law, relating to: Major Gary M. Kolb, Major Rob Gowan, and Major Kathleen Culp, CW5 Larry Plesser, (each of which are personnel in USASOC or subordinate commands).

2. Copies of all documents faxed, mailed, or emailed from, OR to, OR in possession of: Major Gary Kolb, Major Rob Gowan, Major Kathleen Culp, and/or the USASOC Public Affairs Offices; which pertain to, or mention:

    a. Robin Moore, *aka* Robert L. Moore;
    b. Any Matters involving Keith Idema;
    c. Any matters regarding Edward Artis;
    d. Any matters regarding Joseph Cafasso;
    e. Any matters regarding Robert C. Morris;
    f. Any matters regarding FOX News, or any employee thereof;
    g. Any matters regarding al-Qaida (al-Qaeda) terrorist training tapes
    h. The Random House book, THE HUNT FOR BIN LADEN

3. All documents, faxes, emails, or other records pertaining to, or mentioning the name of, or in reference to: J. Keith Idema, Jonathan Idema, Jack Keith Idema, or Jack Idema, or the Random House book, THE HUNT FOR BIN LADEN.

Thank you for your assistance.

Sincerely,

Ed Caraballo
PBN News

**PBN News • www.pbnNews.tv**
**The most in-depth online investigative reports anywhere**
PO Box 22 • Fayetteville, NC 28302
646/244-9535 Phone • admin@pbnnews.tv email




Gary Scurka, Producer
-*Winner*-
Columbia duPont Silver Baton
The Polk Award
Investigative Reporters & Editor's
Tom Renner Award
Two Time Recipient IRE Medallion
The National Headliners Award
The National Press Club Award
& 10 time
Emmy Award Winner

Ed Caraballo, Producer
5 time Emmy Award Winner

# FOIA REQUEST

June 29, 2003
Ref. #FN-4

FOIA Officer
Department of the Army
Attn: Commander
US Army Special Operations Command
Fort Bragg, NC 28307

Dear Sir or Madam,

This is an immediate request for records under the Freedom of Information Act (5 USC §552- "FOIA" laws) of the United States of America. We are journalists currently working on a story of public interest. We also request that no email be destroyed or deleted until such time as this request is complied with, or until such time as the entire appeal process is completed in the event that any request is denied.

We are a media organization and request a waiver of fees for this request because disclosure of the requested information is in the public interest because it is likely to contribute significantly to the public interest of DOD operations, and is not in a commercial interest. However, we are willing to pay any fees associated with the request. Please notify us in writing if our waiver is turned down, and/or if the fees associated with this request exceed $100.

To save the costs and workload associated with reproduction, electronic copies are acceptable on diskette or CD in any format that can be read by Microsoft Word.

The below FOIA information is requested regarding, related to, or in reference to;

    Major Gary M. Kolb, USASOC Public Affairs Office,
    Major Gowan, USASOC Public Affairs Office,
    Major Scott Stearns, USASOC Public Affairs Office,
    Brian Sutton, USASOC Public Affairs Office,
    Major Kathleen Culp, USASOC
    Fox News and employees thereof,
    Joe Cafasso, and/or, Edward Artis.

**PBN News • www.pbnNews.tv**
**The most in-depth online investigative reports anywhere**
PO Box 22 • Fayetteville, NC 28302
646/244-9535 Phone • admin@pbnnews.tv email



## The Following are each individual FOIA requests;

1. I request all copies of any and all e-mails sent to or received from any USASOC e-mail account, (as wells as any and all documents), official or unofficial, for the period of November 1, 2001 until the present date, that were received from, were directed to, were sent to, or were copied to or from the following individuals:

    - Madeline.klosterman@foxnews.com
    - Linda.vester@foxnews.com
    - Joe.cafasso@foxnews.com
    - Paulina.krycinski@foxnews.com
    - Robert Morris
    - Robert.morris@benning.army.mil
    - Robert.morris@knox.army.mil
    - Agentx@gnat.net
    - Rob Gowan
    - Robert.gowan@us.army.mil
    - Robert.gowan@soc.mil (or other soc email address)
    - Kathleen Culp
    - Kathleen.rebecca.culp@us.army.mil
    - Kathleen.rebecca.culp@soc.mil (or other soc email address)
    - Gary M. Kolb
    - Gary.kolb@us.army.mil
    - Gary.kolb @soc.mil (or other soc email address)
    - Edward Artis
    - Knightsbrg@aol.com
    - Knightsbridge@aol.com
    - Joe Cafasso
    - Poppingsmoke@aol.com
    - Alpha235@aol.com
    - Dave Kildee
    - Dkildee@yahoo.com
    - Timothy Connolly
    - Connolly@peabody-sherman.org

**PBN News • www.pbnNews.tv**
**The most in-depth online investigative reports anywhere**
PO Box 22 • Fayetteville, NC 28302
646/244-9535 Phone • admin@pbnnews.tv email

POINT BLANK
I Stories, Hard Reports
point blank everytime

- Rick Thomas
- Dianne Brandi
- Chris Silvestri
- Linda Vester
- Bret Baier
- Tony Snow
- Kim Hume
- Brit Hume
- John Moody
- Kevin McGee
- Roger Ailes
- Jonathan Wachtel
- "Desantis" (an employee of FOX News)
- Larry Plesser
- Jimmy Dean
- Nuffer@compuserve.com
- Sfahq@aol.com
- Sgtbaggy@worldnet.att.net

Thank you for your assistance.

Sincerely,

Ed Caraballo
PBN News

**PBN News • www.pbnNews.tv**
**The most in-depth online investigative reports anywhere**
PO Box 22 • Fayetteville, NC 28302
646/244-9535 Phone • admin@pbnnews.tv  email