Gary Scurka, Producer
-*Winner*-
Columbia duPont Silver
Baton
The Polk Award
Investigative Reporters &
Editor's
Tom Renner Award
Two Time Recipient IRE
Medallion
The National Headliners
Award
The National Press Club
Award
& 10 time
Emmy Award Winner

Ed Caraballo, Producer
5 time Emmy Award Winner

# Second Request
# FOIA REQUEST

August 15, 2003
Ref.: #FN-1A

Commander
U.S. Army Special Operations Command
Deputy Chief of Staff, Information Management
ATTN:  AOIM-ISM (FOIA Officer)
Fort Bragg, NC 28310

Dear Ms. Wrench,

This is an immediate request for records under the Freedom of Information Act (5 USC §552 - "FOIA" laws) of the United States of America.  We are journalists currently working on a story of public interest.  This is our second request, the first is attached.

We are a media organization and request a waiver of fees for this request because disclosure of the requested information is in the public interest because it is likely to contribute significantly to the public interest of DOD operations, and is not in a commercial interest.  However, we are willing to pay any fees associated with the request.  Please notify us in writing if our waiver is turned down, and/or if the fees associated with this request exceed $100.

The following information is requested under the FOIA Statutes, regarding the long distance/toll phone calls of the following persons or persons associated or working with those persons;

Major Gary M. Kolb, USASOC Public Affairs Office,
Major Gowan, USASOC Public Affairs Office,
Major Scott Stearns, USASOC Public Affairs Office,
Brian Sutton, USASOC Public Affairs Office,
Major Kathleen Culp, USASOC

**03 2494**

To save the costs and workload associated with reproduction, electronic copies are also acceptable on diskette or CD in any format that can be read by Microsoft Word.  FILED

**PBN News • www.pbnNews.tv**
**The most in-depth online investigative reports anywhere**
PO Box • Fayetteville, NC 28302
646/244-9535 Phone • admin@pbnnews.tv  email

DEC - 3 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



## The Following are each individual FOIA requests:

1. I request all copies of all phone records or appropriate documents that detail the long distance telephone calls made to the following numbers from the USASOC, USASF and/or USA JFKSWC Public Affairs Office, or by any of the individuals named above, for the period of November 1, 2001 until October 30, 2002, and from February 1, 2003 until the present date:

   a. Beginning with the area code and prefix: 212, 312, or 706
   b. 212/398-8726
   c. 706/545-9624
   d. 706/687-5978
   e. 818/372-6002
   f. 818/716-9494
   g. 818/903-9945
   h. 732/541-7733
   i. 732/541-8663
   j. 401/521-9558
   k. 202/824-6385
   l. 877/704-1354
   m. 877/709-1354
   n. 202/824-6499
   o. 202/824-6363
   p. 813/827-4885
   q. 202/419-0474
   r. 212/301-3075
   s. 212/391-4818

Thank you for your assistance.

Sincerely,

Ed Caraballo
PBN News

**PBN News • www.pbnNews.tv**
**The most in-depth online investigative reports anywhere**
PO Box • Fayetteville, NC 28302
646/244-9535 Phone • admin@pbnnews.tv email

NOT FOR INCLUSION WITH THE FOIA- FOR REFERENCE ONLY

    a.  Beginning with the area code and prefix: 212, 312, or 706
    b.  212/398-8726 Fox Fax (Klosterman)
    c.  706/545-9624 Morris Work
    d.  706/687-5978 Morris Home
    e.  818/372-6002 Artis
    f.  818/716-9494 Artis Fax
    g.  818/903-9945 Artis Mobile
    h.  732/541-7733 Cafasso New Jersey
    i.  732/541-8663 Cafasso New Jersey
    j.  401/521-9558 Cafasso Mobile
    k.  202/824-6385 Cafasso @ Fox
    l.  877/704-1354 Cafasso pager
    m.  877/709-1354 Cafasso pager
    n.  202/824-6499 Cafasso Fax
    o.  202/824-6363 Cafasso Fox voicemail
    p.  813/827-4885 unknown
    q.  202/419-0474 unknown
    r.  212/301-3075 Chris Silvestri (Fox)
    s.  212/391-4818 Chris Silvestri (Fox Fax)

**PBN News • www.pbnNews.tv**
**The most in-depth online investigative reports anywhere**
PO Box • Fayetteville, NC 28302
646/244-9535 Phone • admin@pbnnews.tv  email

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X *Faye Weench* ☐ Agent ☒ Addressee

B. Received by (*Printed Name*)   C. Date of Delivery
*Jaye Weench*   2 *Sep*03

1. Article Addressed to:

Commander
U.S. Army Special Operations
Deputy Chief of Staff, Information
Management
ATTN: AOIM-ISM (FOIA
                      Officer)
Fort Bragg, NC 28310

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)  ☐ Yes

2. Article Number
(Transfer from service label)   7099 3400 0012 0390 3501

PS Form 3811, August 2001         Domestic Return Receipt         102595-02-M-1035

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:
~~Fort Bragg, NC 28310~~ FOIA   FN-1/1A

| | | |
|---|---|---|
| Postage | $ $0.37 | |
| Certified Fee | $2.30 | 0208 04  Postmark Here |
| Return Receipt Fee (Endorsement Required) | $1.75 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $4.42 | 08/25/2003 |

Name (Please Print Clearly) (to be completed by mailer)
PBN News
Street, Apt. No.; or PO Box No.
P.O. Box 22
City, State, ZIP+4
Fayetteville NC 28302-0022

PS Form 3800, July 1999                    See Reverse for Instructions

7099 3400 0012 0390 3501

Gary Scurka, Producer
-*Winner*-
Columbia duPont Silver
Baton
The Polk Award
Investigative Reporters &
Editor's
Tom Renner Award
Two Time Recipient IRE
Medallion
The National Headliners
Award
The National Press Club
Award
& 10 time
Emmy Award Winner

Ed Caraballo, Producer
5 time Emmy Award Winner

Stories, Hard Reports
Joint blank everytime

# Second Request
# FOIA REQUEST

August 16, 2003
Ref. #FN-2A

Commander
U.S. Army Special Operations Command
Deputy Chief of Staff, Information Management
ATTN: AOIM-ISM (FOIA Officer)
Fort Bragg, NC 28310

Dear Ms. Wrench,

This is an immediate request for records under the Freedom of Information Act (5 USC §552- "FOIA" laws) of the United States of America. We are journalists currently working on a story of public interest. This is our second request, the first is also attached.

We are a media organization and request a waiver of fees for this request because disclosure of the requested information is in the public interest because it is likely to contribute significantly to the public interest of DOD operations, and is not in a commercial interest. However, we are willing to pay any fees associated with the request.

The following information is requested under the FOIA Statutes, regarding the long distance/toll phone calls of the following persons or persons associated or working with those persons;

Chief Warrant Officer Larry Plesser

To save the costs and workload associated with reproduction, electronic copies are acceptable on diskette or CD in any format that can be read by Microsoft Word.

**PBN News • www.pbnNews.tv**
**The most in-depth online investigative reports anywhere**
PO Box • Fayetteville, NC 28302
646/244-535 Phone • admin@pbnnews.tv  email



## The Following are each individual FOIA requests:

1. I request all copies of all phone records or appropriate documents that detail the long distance telephone calls made to the following numbers from **910/432-6164 (CW4 Larry Plesser)** for the period of November 1, 2001 until October 30, 2002, and from February 1, 2003 until the present date:

   a.  Beginning with the area code and prefix: 212, 312, or 706
   b.  212/398-8726
   c.  706/545-9624
   d.  706/687-5978
   e.  818/372-6002
   f.  818/716-9494
   g.  818/903-9945
   h.  732/541-7733
   i.  732/541-8663
   j.  401/521-9558
   k.  202/824-6385
   l.  877/704-1354
   m.  877/709-1354
   n.  202/824-6499
   o.  202/824-6363
   p.  813/827-4885
   q.  202/419-0474
   r.  212/301-3075
   s.  212/391-4818

Thank you for your assistance.

Sincerely,

Ed Caraballo
PBN News

**PBN News • www.pbnNews.tv**
**The most in-depth online investigative reports anywhere**
PO Box • Fayetteville, NC 28302
646/244-535 Phone • admin@pbnnews.tv  email

# NOT FOR INCLUSION WITH THE FOIA- FOR REFERENCE ONLY

a.  Beginning with the area code and prefix: 212, 312, or 706
b.  212/398-8726 Fox Fax (Klosterman)
c.  706/545-9624 Morris Work
d.  706/687-5978 Morris Home
e.  818/372-6002 Artis
f.  818/716-9494 Artis Fax
g.  818/903-9945 Artis Mobile
h.  732/541-7733 Cafasso New Jersey
i.  732/541-8663 Cafasso New Jersey
j.  401/521-9558 Cafasso Mobile
k.  202/824-6385 Cafasso @ Fox
l.  877/704-1354 Cafasso pager
m.  877/709-1354 Cafasso pager
n.  202/824-6499 Cafasso Fax
o.  202/824-6363 Cafasso Fox voicemail
p.  813/827-4885 unknown
q.  202/419-0474 unknown
r.  212/301-3075 Chris Silvestri (Fox)
s.  212/391-4818 Chris Silvestri (Fox Fax)

**PBN News • www.pbnNews.tv**

**The most in-depth online investigative reports anywhere**

PO Box • Fayetteville, NC 28302

646/244-535 Phone • admin@pbnnews.tv  email

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Commander
U.S. Army Special Operations Command
Deputy Chief of Staff, Information
    Management
ATTN: AOIM-ISM (FOIA Officer)
Fort Bragg, NC 28310

*COMPLETE THIS SECTION ON DELIVERY*

A. Received by *(Please Print Clearly)*   B. Date of Delivery
Faye WRENCH   2 Sep 03

C. Signature
X  *Faye Wrench*   ☐ Agent   ☑ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*   70 99 3400 0012 0390 3471

PS Form 3811, March 2001        Domestic Return Receipt        102595-01-M-1424

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:
Commander FORT BRAGG NC 28310   FOIA   FN-2/21A

| | | |
|---|---|---|
| Postage | $ $0.37 | |
| Certified Fee | $2.30 | 0208 |
| Return Receipt Fee (Endorsement Required) | $1.75 | 04   Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $4.42 | 08/25/2003 |

Name *(Please Print Clearly) (to be completed by mailer)*
PBN News
Street, Apt. No.; or PO Box No.
P.O. Box 22
City, State, ZIP+4
Fayetteville NC 28302-0022

PS Form 3800, July 1999        See Reverse for Instructions

70 99 3400 0012 0390 3471

Starica, Hard Reports
Joint blank everytime

Gary Scurka, Producer
*-Winner-*
Columbia duPont Silver
Baton
The Polk Award
Investigative Reporters &
Editor's
Tom Renner Award
Two Time Recipient IRE
Medallion
The National Headliners
Award
The National Press Club
Award
& 10 time
Emmy Award Winner

# Second Request
# FOIA REQUEST

August 17, 2003
Ref. #FN-3A

Ed Caraballo, Producer
5 time Emmy Award Winner

Commander
U.S. Army Special Operations Command
Deputy Chief of Staff, Information Management
ATTN:  AOIM-ISM (FOIA Officer)
Fort Bragg, NC 28310

Dear Ms. Wrench,

This is an immediate request for records under the Freedom of Information Act (5 USC §552- "FOIA" laws) of the United States of America.  We are journalists currently working on a story of public interest. This is our second request, the first is also attached.

We are a media organization and request a waiver of fees for this request because disclosure of the requested information is in the public interest because it is likely to contribute significantly to the public interest of DOD operations, and is not in a commercial interest. However, we are willing to pay any fees associated with the request. Please notify us in writing if our waiver is turned down, and/or if the fees associated with this request exceed $100.

To save the costs and workload associated with reproduction, electronic copies are acceptable on diskette or CD in any format that can be read by Microsoft Word.

The below FOIA information is requested regarding, related to, or in reference to;

    Major Gary M. Kolb, USASOC Public Affairs Office,
    Major Robert Gowan, USASOC Public Affairs Office,
    Major Scott Stearns, USASOC Public Affairs Office,
    Brian Sutton, USASOC Public Affairs Office,
    Major Kathleen Culp, USASOC
    Fox News and employees thereof,
    Joe Cafasso, and, Edward Artis.

**PBN News • www.pbnnews.tv**
**The most in-depth online investigative reports anywhere**
PO Box • Fayetteville, NC 28302
646/244-9535 Phone • admin@pbnnews.tv  email



## **The Following are each individual FOIA requests;**

1. All releasable personnel files and employment information, to include all complaints and reprimands in their personnel files and any other documents releasable by law, relating to: Major Gary M. Kolb, Major Rob Gowan, and Major Kathleen Culp, CW5 Larry Plesser, (each of which are personnel in USASOC or subordinate commands).

2. Copies of all documents faxed, mailed, or emailed from, OR to, OR in possession of: Major Gary Kolb, Major Rob Gowan, Major Kathleen Culp, and/or the USASOC Public Affairs Offices; which pertain to, or mention:

   a.    Robin Moore, *aka* Robert L. Moore;
   b.    Any Matters involving Keith Idema;
   c.    Any matters regarding Edward Artis;
   d.    Any matters regarding Joseph Cafasso;
   e.    Any matters regarding Robert C. Morris;
   f.    Any matters regarding FOX News, or any employee thereof;
   g.    Any matters regarding al-Qaida (al-Qaeda) terrorist training tapes
   h.    The Random House book, THE HUNT FOR BIN LADEN

3. All documents, faxes, emails, or other records pertaining to, or mentioning the name of, or in reference to: J. Keith Idema, Jonathan Idema, Jack Keith Idema, or Jack Idema, or the Random House book THE HUNT FOR BIN LADEN.

Thank you for your assistance.

Sincerely,

Ed Caraballo
PBN News

**PBN News • www.pbnNews.tv**
**The most in-depth online investigative reports anywhere**
PO Box • Fayetteville, NC 28302
646/244-9535 Phone • admin@pbnnews.tv  email

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Commander
U.S. Army Special Operations Command
Deputy Chief of Staff,
    Information Management
ATTN: AOIM-ISM (FOIA Officer)
Fort Bragg, NC 28310

*COMPLETE THIS SECTION ON DELIVERY*

A. Received by *(Please Print Clearly)* Faye WRENCH
B. Date of Delivery 2 Sep 03

C. Signature
x Faye Wrench
☐ Agent
☒ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
   *(Transfer from service label)*    7099 3406 0012 0390 3488

PS Form 3811, March 2001          Domestic Return Receipt          102595-01-M-1424

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:
Commander FORT BRAGG NC 28310 FOIA    FN-3/3A

| | | |
|---|---|---|
| Postage | $ $0.37 | |
| Certified Fee | $2.30 | 0208 04  Postmark Here |
| Return Receipt Fee (Endorsement Required) | $1.75 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $4.42 | 08/25/2003 |

Name *(Please Print Clearly) (to be completed by mailer)*
PBN News
Street, Apt. No.; or PO Box No.
P.O. Box 22
City, State, ZIP+4
Fayetteville NC 28302-0022

PS Form 3800, July 1999          See Reverse for Instructions

Gary Scurka, Producer
*-Winner-*
Columbia duPont Silver
Baton
The Polk Award
Investigative Reporters &
Editor's
Tom Renner Award
Two Time Recipient IRE
Medallion
The National Headliners
Award
The National Press Club
Award
& 10 time
Emmy Award Winner

Ed Caraballo, Producer
5 time Emmy Award Winner

# Second Request
# FOIA REQUEST

August 18, 2003
Ref. #FN-4A

Commander
U.S. Army Special Operations Command
Deputy Chief of Staff, Information Management
ATTN: AOIM-ISM (FOIA Officer)
Fort Bragg, NC 28310

Dear Ms. Wrench,

This is an immediate request for records under the Freedom of Information Act (5 USC §552- "FOIA" laws) of the United States of America. We are journalists currently working on a story of public interest. We also request that no email be destroyed or deleted until such time as this request is complied with, or until such time as the entire appeal process is completed in the event that any request is denied.

We are a media organization and request a waiver of fees for this request because disclosure of the requested information is in the public interest because it is likely to contribute significantly to the public interest of DOD operations, and is not in a commercial interest. However, we are willing to pay any fees associated with the request. Please notify us in writing if our waiver is turned down, and/or if the fees associated with this request exceed $100.

To save the costs and workload associated with reproduction, electronic copies are acceptable on diskette or CD in any format that can be read by Microsoft Word.

The following FOIA information is requested regarding or in reference to;

    Major Gary M. Kolb, USASOC Public Affairs Office,
    Major Gowan, USASOC Public Affairs Office,
    Major Scott Stearns, USASOC Public Affairs Office,
    Brian Sutton, USASOC Public Affairs Office,
    Major Kathleen Culp, USASOC
    Fox News and employees thereof,
    Joe Cafasso, and/or, Edward Artis.

**PBN News • www.pbnNews.tv**
**The most in-depth online investigative reports anywhere**
PO Box • Fayetteville, NC 28302
646/244-9535 Phone • admin@pbnnews.tv  email

**The Following are each individual FOIA requests:**

1. I request all copies of any and all e-mails sent to or received from any USASOC e-mail account, (as wells as any and all documents), official or unofficial, for the period of November 1, 2001 until the present date, that were received from, were directed to, were sent to, or were copied to or from the following individuals:

    - Madeline.klosterman@foxnews.com
    - Linda.vester@foxnews.com
    - Joe.cafasso@foxnews.com
    - Paulina.krycinski@foxnews.com
    - Robert Morris
    - Robert.morris@benning.army.mil
    - Robert.morris@knox.army.mil
    - Agentx@gnat.net
    - Rob Gowan
    - Robert.gowan@us.army.mil
    - Robert.gowan@soc.mil  (or other soc email address)
    - Kathleen Culp
    - Kathleen.rebecca.culp@us.army.mil
    - Kathleen.rebecca.culp@soc.mil (or other soc email address)
    - Gary M. Kolb
    - Gary.kolb@us.army.mil
    - Gary.kolb @soc.mil (or other soc email address)
    - Edward Artis
    - Knightsbrg@aol.com
    - Knightsbridge@aol.com
    - Joe Cafasso
    - Poppingsmoke@aol.com
    - Alpha235@aol.com

**PBN News • www.pbnNews.tv**
**The most in-depth online investigative reports anywhere**
PO Box  •  Fayetteville, NC 28302
646/244-9535 Phone  •  admin@pbnnews.tv  email

- Dave Kildee
- Dkildee@yahoo.com
- Timothy Connolly
- Connolly@peabody-sherman.org
- Rick Thomas
- Dianne Brandi
- Chris Silvestri
- Linda Vester
- Bret Baier
- Tony Snow
- Kim Hume
- Brit Hume
- John Moody
- Kevin McGee
- Roger Ailes
- Jonathan Wachtel
- "Desantis" (an employee of FOX News)
- Larry Plesser
- Jimmy Dean
- Nuffer@compuserve.com
- Sfahq@aol.com
- Sgtbaggy@worldnet.att.net

Thank you for your assistance.

Sincerely,

Ed Caraballo
PBN News

**PBN News • www.pbnNews.tv**
**The most in-depth online investigative reports anywhere**
PO Box • Fayetteville, NC 28302
646/244-9535 Phone • admin@pbnnews.tv  email

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (*Please Print Clearly*) Faye Wrench   B. Date of Delivery 2 Sep 03 <br> C. Signature <br> X Faye Wrench   ☐ Agent ☒ Addressee <br> D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to: <br><br> Commander <br> U.S. Army Special Operations <br> Deputy Chief of Staff, <br> Information Management <br> ATTN: AOIM-ISM (FOIA Officer) <br><br> FORT Bragg NC 28310 | 3. Service Type <br> ☒ Certified Mail   ☐ Express Mail <br> ☐ Registered   ☐ Return Receipt for Merchandise <br> ☐ Insured Mail   ☐ C.O.D. <br> 4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number <br> (*Transfer from service label*) 7099 3400 0012 0390 3495 | |

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(*Domestic Mail Only; No Insurance Coverage Provided*)

Article Sent To:

FORT Bragg NC 28310 FOIA   FN-4/4A

| | | |
|---|---|---|
| Postage | $ $0.60 | |
| Certified Fee | $2.30 | 0208 04   Postmark Here |
| Return Receipt Fee (Endorsement Required) | $1.75 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $4.65 | 08/25/2003 |

Name (Please Print Clearly) (to be completed by mailer)
PBN News
Street, Apt. No.; or PO Box No.
P.O. Box 22
City, State, ZIP+4
Fayetteville NC 28302-0022

7099 3400 0012 0390 3495

PS Form 3800, July 1999    See Reverse for Instructions