# FOIA APPEALS

October 8, 2003

Appeal of FN-1 and FN-1B

Commander
U.S. Army Special Operations Command
Deputy Chief of Staff, Information Management
ATTN: AOIM-ISM (FOIA Officer)
Fort Bragg, NC 28310

Re: Notice of FOIA Twenty-Day Statutory Deadline Violation

Dear Ms. Wrench,

On June 26, 2003 and August 15, 2003, I mailed your office a written request under the Federal Freedom of Information Act for any information regarding the attached FOIA requests.

The FOIA requires that your office respond to a FOIA request within twenty business days from the date of receipt of such a request. According to my records, the first request was sent on June 28, 2003 and the second request was sent on August 25, 2003. You signed postal receipts for the FOIA requests on September 3, 2003. It appears that this deadline has now elapsed without response from your office. In this case, no response is clearly a denial.

While I do not wish to resort to litigation, because of the nature of this information, legal action may be necessary, and we are prepared to file the appropriate civil action in the U.S. District Court, District of Columbia if need be. I hope we can resolve this without litigation.

Thank you for your assistance,

Ed Caraballo
PBN News

03 2494

FILED

DEC - 3 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage)

Article Sent To: FORT BRAGG FOIA OFFICER   FN-

| | |
|---|---|
| Postage | $0.60 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $4.65 |

Name (Please Print Clearly): PBN News
Street, Apt. No.; or PO Box No.: P.O. Box 22
City, State, ZIP+4: Fay NC 28302-002
PS Form 3800, July 1999

Ed Caraballo, Producer
5 time Emmy Award Winner

---

PBN News • www.pbnNews.tv
The most in-depth online investigative reports anywhere
PO Box 22 • Fayetteville, NC 28302
910/484-8547 Phone • admin@pbnnews.tv email

Stories, Hard Reports
/: Blank everytime

# FOIA APPEAL

October 8, 2003
Appeal of FN-2 AND FN-2B

Ed Caraballo, Producer
5 time Emmy Award Winner

Commander
U.S. Army Special Operations Command
Deputy Chief of Staff, Information Management
ATTN: AOIM-ISM (FOIA Officer)
Fort Bragg, NC 28310

Re: Notice of FOIA Twenty-Day Statutory Deadline Violation

Dear Ms. Wrench,

On June 27, 2003 and August 16, 2003, I mailed your office a written request under the Federal Freedom of Information Act for any information regarding the attached FOIA requests.

The FOIA requires that your office respond to a FOIA request within twenty business days from the date of receipt of such a request. According to my records, the first request was sent on June 28, 2003 and the second request was sent on August 25, 2003. You signed postal receipts for the FOIA requests on September 3, 2003. It appears that this deadline has now elapsed without response from your office. In this case, no response is clearly a denial.

While I do not wish to resort to litigation, because of the nature of this information, legal action may be necessary, and we are prepared to file the appropriate civil action in the U.S. District Court, District of Columbia if need be. I hope we can resolve this without litigation.

Thank you for your assistance,

Ed Caraballo
PBN News

**PBN News • www.pbnNews.tv**
**The most in-depth online investigative reports anywhere**
PO Box 22 • Fayetteville, NC 28302
910/484-8547 Phone • admin@pbnnews.tv email

# FOIA APPEAL

October 8, 2003
Appeal of FN-3 AND FN-3B

Commander
U.S. Army Special Operations Command
Deputy Chief of Staff, Information Management
ATTN: AOIM-ISM (FOIA Officer)
Fort Bragg, NC 28310

Re: Notice of FOIA Twenty-Day Statutory Deadline Violation

Dear Ms. Wrench,

On June 28, 2003 and August 17, 2003, I mailed your office a written request under the Federal Freedom of Information Act for any information regarding the attached FOIA requests.

The FOIA requires that your office respond to a FOIA request within twenty business days from the date of receipt of such a request. According to my records, the first request was sent on June 28, 2003 and the second request was sent on August 25, 2003. You signed postal receipts for the FOIA requests on September 3, 2003. It appears that this deadline has now elapsed without response from your office. In this case, no response is clearly a denial.

While I do not wish to resort to litigation, because of the nature of this information, legal action may be necessary, and we are prepared to file the appropriate civil action in the U.S. District Court, District of Columbia if need be. I hope we can resolve this without litigation.

Thank you for your assistance,

*Ed Caraballo*
Ed Caraballo
PBN News

**PBN News • www.pbnNews.tv**
**The most in-depth online investigative reports anywhere**
PO Box 22 • Fayetteville, NC 28302
910/484-8547 Phone • admin@pbnnews.tv email

# FOIA APPEAL

October 8, 2003
Appeal of FN-4 and FN 4B

Ed Caraballo, Producer
5 time Emmy Award Winner

Commander
U.S. Army Special Operations Command
Deputy Chief of Staff, Information Management
ATTN: AOIM-ISM (FOIA Officer)
Fort Bragg, NC 28310

Re: Notice of FOIA Twenty-Day Statutory Deadline Violation

Dear Ms. Wrench,

On June 29, 2003 and August 18, 2003, I mailed your office a written request under the Federal Freedom of Information Act for any information regarding the attached FOIA requests.

The FOIA requires that your office respond to a FOIA request within twenty business days from the date of receipt of such a request. According to my records, the first request was sent on June 30, 2003 and the second request was sent on August 25, 2003. You signed postal receipts for the FOIA requests on September 3, 2003. It appears that this deadline has now elapsed without response from your office. In this case, no response is clearly a denial.

While I do not wish to resort to litigation, because of the nature of this information, legal action may be necessary, and we are prepared to file the appropriate civil action in the U.S. District Court, District of Columbia if need be. I hope we can resolve this without litigation.

Thank you for your assistance,

Ed Caraballo
PBN News

**PBN News • www.pbnNews.tv**
**The most in-depth online investigative reports anywhere**
PO Box 22 • Fayetteville, NC 28302
910/484-8547 Phone • admin@pbnnews.tv email