

Hard Stories, Hard Reports
point blank everytime

Gary Scurka, Producer
-*Winner*-
Columbia duPont Silver Baton
The Polk Award
Investigative Reporters & Editor's
Tom Renner Award
Two Time Recipient IRE Medallion
The National Headliners Award
The National Press Club Award
& 10 time
Emmy Award Winner

Ed Caraballo, Producer
5 time Emmy Award Winner

# FOIA REQUEST

November 21, 2003
Ref. #FN-6

To: FOIA Officer
Attn: BG (P) Benjamin C. Freakley, Commander, Fort Benning
Attn: Colonel Ricardo R. Riera, Garrison Commander
Copy: Staff Judge Advocate, Building 5,
Department of the Army
6751 Constitution Loop, 6th Floor, Suite 650
For Benning, GA 31905-4500
Phone: 706/545-5111
VIA Facsimile: 706/545-1215

Dear Sirs and Madam,

This is an immediate request for records under the Freedom of Information Act (5 USC §552- "FOIA" laws) of the United States of America. We are journalists currently working on a story of public interest. We also request that no email be destroyed or deleted until such time as this request is complied with, or until such time as the entire appeal process is completed in the event that any request is denied.

We are a media organization and request a waiver of fees for this request because disclosure of the requested information is in the public interest because it is likely to contribute significantly to the public interest of DOD operations, and is not in a commercial interest. However, we are willing to pay any fees associated with the request. Please notify us in writing if our waiver is turned down, and/or if the fees associated with this request exceed $100.

The FOIA information requested is attached hereto as Exhibit A. Additionally, we are requesting through FOIA, the entire digital contents of the computer used by Colonel Robert Morris, and currently being held by LTC Anne Norfolk in your command.

To save the costs and workload associated with reproduction, electronic copies are acceptable on diskette or CD in any format that can be read by Microsoft Word. Thank you for your assistance.

Sincerely,
*Ed Caraballo*
Ed Caraballo
PBN News

**03 2494**

FILED
DEC - 3 2003
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**PBN News • www.pbnNews.tv**
*The most in-depth online investigative reports anywhere*
PO Box 22 • Fayetteville, NC 28302
646/244-9535 Phone • admin@pbnnews.tv email

# EXHIBIT A

Please provide copies of any of the following documents, to include copies of all emails. To save the costs and workload associated with reproduction, electronic copies are acceptable on diskette or CD in any format that can be read by Microsoft Word.

## REQUEST NO. 1:

All documents which refer to and/or discuss one or more of the following from September 2001 to the present:

1. J. Keith Idema,
2. a.k.a. Jack Idema,
3. a.k.a. "Jack" (of Afghanistan)
4. a.k.a."Jack"
5. Viktoria RunningWolf
6. a.k.a. Viktoria Idema
7. a.k.a. "Victoria"
8. Edward A. Artis
9. Ed Artis
10. Knightsbridge
11. Knightsbridge International
12. Knightsbridge International Humanitarian Relief and Human Improvement Programs, Inc.
13. Joseph A. Cafasso
14. Joe Cafasso
15. Partners International
16. Partners International Foundation
17. Dave Kildee
18. Ariana Film
19. Yousuf Janessar
20. Timothy Connolly
21. Gary Kolb
22. Larry Plesser
23. al Qaida Training Videotapes
24. al Qaeda Training Videotapes
25. Getty Images, with respect to Idema and/or al Qaida Training Videotapes.
26. William Morris Agency, (and Wayne Kabak), with respect to Idema and/or al Qaida Training Videotapes.
27. The book *The Hunt for Bin Laden*
28. Robin Moore

**REQUEST NO. 2:**

All documents received from or transmitted to any one of the following persons (including, without limitation, from or at the following respective email addresses), from September 2001 to the present:

1. Robert Morris (Agentx@gnat.net)
2. J. Keith Idema
3. a.k.a. Jack Idema
4. a.k.a. "Jack" (of Afghanistan)
5. a.k.a."Jack"
6. Viktoria RunningWolf
7. a.k.a. Viktoria Idema
8. a.k.a. "Victoria"
9. Edward A. Artis
10. Ed Artis
11. Knightsbridge
12. Knightsbridge International (Knightsbrg@aol.com, Knightsbridge@aol.com)
13. Knightsbridge International Humanitarian Relief and Human Improvement Programs, Inc.
14. Joseph A. Cafasso (Joe.cafasso@foxnews.com, Poppingsmoke@aol.com, Alpha235@aol.com)
15. Joe Cafasso
16. Partners International
17. Partners International Foundation
18. Dave Kildee (Dkildee@yahoo.com)
19. Ariana Film
20. Yousuf Janessar
21. Timothy Connolly (Connolly@peabody-sherman.org)
22. Gary Kolb
23. Larry Plesser
24. al Qaida Training Videotapes
25. al Qaeda Training Videotapes
26. Getty Images, with respect to Idema and/or al Qaida Training Videotapes.
27. William Morris Agency, (and Wayne Kabak), with respect to Idema and/or al Qaida Training Video Tapes.
28. The book The Hunt for Bin Laden
29. Robin Moore

**REQUEST NO. 3:**

All documents prepared, received from, or sent by any one of the following persons regarding J. Keith Idema, a.k.a. Jack Idema, a.k.a. "Jack", and/or the al Qaida Training Videotapes, *The Hunt for Bin Laden* book (including, without limitation, at or from the following respective email addresses):

1. Roger Ailes
2. Dianne Brandi
3. Joe Cafasso (joe.cafasso@foxnews.com)
4. Samuel DeSantis
5. Fox & Friends
6. Brit Hume
7. Kim Hume
8. Amy Kellogg
9. Madeline Klosterman (madeline.klosterman@foxnews.com)
10. Kevin McGee
11. John Moody
12. The O'Reilly Factor (& Bill O'Reilly)
13. Julia Rolle
14. Tony Snow
15. Linda Vester (linda.vester@foxnews.com)
16. Jonathan Wachtel

**REQUEST NO. 4:**

All documents regarding Fox News Channel or any Fox News Show.

**REQUEST NO. 5:**

All documents received from or sent to:

1. Major Gary M. Kolb, USASOC Office of Public Affairs
2. Major Gowan, USASOC Office of Public Affairs
3. Major Scott Stearns, USASOC Office of Public Affairs
4. Brian Sutton, USASOC Office of Public Affairs
5. Fox News, or any Fox News employee or agent
6. Joe Cafasso
7. Edward Artis

**REQUEST NO. 6:**

All transcripts, tapes, and other documents of reports prepared for Fox News Channel on or about December 2001, whether broadcast or not, regarding the incident at Kandahar in which J.D. Davis and others lost their lives in the service of our country.

**REQUEST NO. 7:**

All documents evidencing, discussing, or referring to al Qaida Training Videotapes.

**REQUEST NO. 8:**

All proposals, pitches, treatments, scripts, show histories, story slugs, pre-production and production documents, videotapes, and other documents and writings by any contributor to Fox News Network, including but not limited to Fox & Friends and The O'Reilly Factor, which discuss or refer to or constitute an interview, of or about any of the following:

1. J. Keith Idema
2. Edward Artis
3. Joe Cafasso
4. Bob Morris
5. al Qaida Training Videotapes

**REQUEST NO. 9:**

All consulting agreements and employment contracts between Robert Morris and Fox News.

**REQUEST NO. 10:**

All documents discussing or referring to, or transmitted to or received from, Fox News, on or after September 11, 2001.

**REQUEST NO. 11:**

All copies of all phone records or appropriate documents that detail the long distance telephone calls made to the following numbers from the military phone of Colonel Morris 706/545-9624 (and also his Fort Knox phone) for the period of November 1, 2001 until today:

1. Beginning with the area code and prefix: 212/312
2. 212/398-8726 Fox Fax (Klosterman)
3. 818/372-6002 Artis
4. 818/716-9494 Artis Fax
5. 818/903-9945 Artis Mobile
6. 732/541/7733 Cafasso New Jersey
7. 732/541/8663 Cafasso New Jersey

8. 401/521/9558 Cafasso Mobile (?)
9. 202/824-6385 Cafasso @ Fox
10. 877/704-1354 Cafasso pager
11. 877/709-1354 Cafasso pager
12. 202/824-6499 Cafasso Fax
13. 202/824-6363 Cafasso Fox voicemail
14. 813/827-4885 unknown
15. 202/419-0474 unknown
16. 212/301/3075 Chris Silvestri (Fox)
17. 212/391/4818 Chris Silvestri (Fox Fax)

**REQUEST NO. 12:**

All e-mails sent to or received from any Fort Benning or Fort Knox e-mail account, as wells as any or all documents, hard copy of electronic, official or unofficial, for the period of November 1, 2001 to the present that pertain to:

1. Robin Moore
2. Any matters involving J. Keith Idema
3. Any matters regarding Edward Artis
4. Any matters regarding Joseph Cafasso
5. Any matters regarding FOX News
6. Any matters regarding al-Qaida (al-Qaeda) terrorist training tapes