**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AUG 1 8 2004

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| PBN NEWS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 03-2494 (RJL) |
| | ) | |
| DEPARTMENT OF DEFENSE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**
(August 18, 2004) [#9]

This matter comes before the Court upon defendant's motion to dismiss filed on May 28, 2004. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise *pro se* litigants of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.  Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to the Defendant's motion no later than September 20, 2004. If the plaintiff fails to respond, the Court may treat the motion as conceded and dismiss the complaint against the defendant.



RICHARD J. LEON
United States District Judge

