**FILED**

SEP 2 2 2004

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PBN NEWS, )
)
      **Plaintiff,** )
)
v. )   Civ. No. 03-2494 (RJL)
)
DEPARTMENT OF )
DEFENSE, et al., )
)
      **Defendants.** )

**ORDER**
(September 21, 2004) [#9]

This matter comes before the Court upon defendant's motion to dismiss filed on May 28, 2004. On August 19, 2004, the Court issued an order, pursuant to the D.C. Circuit's opinion in *Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988), advising the *pro se* plaintiff of the consequences of failing to respond to the motion to dismiss. The Court ordered the plaintiff to respond and show cause why the motion should not be treated as conceded, no later than September 20, 2004. As of the date of this order, the plaintiff has neither filed a responsive pleading to the defendant's motion, nor indicated why the case should not be dismissed. Accordingly, pursuant to LCvR7(b), it is hereby **ORDERED** that the defendant's motion to dismiss [#9] is conceded and that the above-captioned action is **DISMISSED**.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge

